Lisa A. McClane, Bar No. 10139
Phillip C. Thompson, Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BENBO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; and, DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No. 2:18-cv-02244-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant National Security Technologies, LLC ("Defendant") shall have up to and including Friday, December 14, 2018, in which to answer Plaintiff Anthony Benbo's ("Plaintiff") Complaint. This stipulation is submitted and based upon the following:

1. That this is the first request for an extension of time for Defendant to answer Plaintiff's Complaint.

2. That such an extension is necessary because defense counsel requires additional time to investigate facts that will allow for an informed response to the pending Complaint.

3. That this request is made in good faith and not for the purpose of delay.

Dated this 29th day of November, 2018.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* <br> James P. Kemp Bar, No. 6375 <br> Victoria L. Neal, Bar No 13382 <br> 7435 W. Azure Dr., Ste. 110 <br> Las Vegas, Nevada 89130 | */s/ Phillip C. Thompson* <br> Lisa A. McClane, Bar No. 10139 <br> Phillip C. Thompson, Bar No. 12114 <br> 3800 Howard Hughes Parkway, Ste. 600 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* <br> *Anthony Benbo* | *Attorneys for Defendant* <br> *National Security Technologies, LLC* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to answer Plaintiff's Complaint is extended to and including Friday, December 14, 2018.

Dated this 30 day of November, 2018.

United States Magistrate Judge

4826-4305-8305, v. 1