| | |
|---|---|
| 1 | Kirsten A. Milton |
|   | Nevada State Bar No. 14401 |
| 2 | Phillip C. Thompson |
|   | Nevada State Bar No. 12114 |
| 3 | **JACKSON LEWIS P.C.** |
|   | 3800 Howard Hughes Parkway, Suite 600 |
| 4 | Las Vegas, Nevada 89169 |
|   | Tel: (702) 921-2460 |
| 5 | Fax: (702) 921-2461 |
|   | kirsten.milton@jacksonlewis.com |
| 6 | phillip.thompson@jacksonlewis.com |
| 7 | *Attorneys for Defendant* |
|   | *National Security Technologies, LLC* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BENBO, | Case No. 2:18-cv-02244-JCM-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |
| NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; and, DOES I-X and ROE CORPORATIONS I-X, inclusive, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to continue the Early Neutral Evaluation ("ENE") Session currently scheduled for January 14, 2019 at 10:00 a.m. to February 25, 26, or 27, or March 12, 13, or 14, 2019, or to otherwise move the ENE Session to a date as soon thereafter as the Court is available. The scheduling change is necessary because the original lead counsel for Defendant had to take an unexpected leave of absence. Once a new date is scheduled for the Early Neutral Evaluation Session, undersigned counsel intends to appear on behalf on Defendant.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 7th day of January, 2019.

| | |
|---|---|
| KEMP & KEMP | JACKSON LEWIS P.C. |
| /s/ Victoria L. Neal<br>James P. Kemp Bar, No. 6375<br>Victoria L. Neal, Bar No 13382<br>7435 W. Azure Dr., Ste. 110<br>Las Vegas, Nevada 89130 | /s/ Phillip C. Thompson<br>Kirsten A. Milton, Bar No. 14401<br>Phillip C. Thompson, Bar No. 12114<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Anthony Benbo* | *Attorneys for Defendant*<br>*National Security Technologies, LLC* |

**ORDER**

IT IS SO ORDERED.

U.S. Magistrate Judge

Dated: 1-8-2019

4846-2811-9941, v. 1

<span style="color:red">The Early Neutral Evaluation scheduled for January 14, 2019 is RESCHEDULED to 10:00 AM, February 26, 2019. The Confidential Statement is due February 19, 2019. All else stated in the Order setting the ENE (ECF No. 4) remains unchanged.</span>