# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ANTHONY BENBO,

        Plaintiff,

vs.

NATIONAL SECURITY TECHNOLOGIES, LLC,

        Defendant.

2:18-CV-2244-JCM-CWH

**ORDER**

        Before the court is the Request that Plaintiff's Attorney James P. Kemp be Exempt from Attendance to the Early Neutral Evaluation (ECF No. 21).

        Accordingly,

        IT IS HEREBY ORDERED that any opposition to the Request that Plaintiff's Attorney James P. Kemp be Exempt from Attendance to the Early Neutral Evaluation (ECF No. 21) must be filed on or before February 21, 2019. No reply necessary.

        DATED this 14th day of February, 2019.

                                                                      CAM FERENBACH
                                                                 UNITED STATES MAGISTRATE JUDGE